Holly LANDRY, Petitioner—Appellant,

v.

Barbara J. WHEELER, Respondent—
Appellee.

No. 06–6679.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 26, 2006.

Decided: Aug. 8, 2006.

Holly Landry, Appellant Pro Se. Eugene
Paul Murphy, Office of the Attorney General of Virginia, Richmond, Virginia, for
Appellee.

Before WILKINSON and MOTZ,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Holly Landry seeks to appeal the magistrate judge's * order denying relief on her
28 U.S.C. § 2254 (2000) petition. The or

der is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A
certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the record and conclude that Landry has not
made the requisite showing. Accordingly,
we deny a certificate of appealability, deny
Landry's motion for leave to proceed in
forma pauperis, and dismiss the appeal.
We dispense with oral argument because
the facts and legal contentions are adequately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*

---

* The parties consented to proceed before a
United States magistrate judge. *See* 28
U.S.C. § 636(c) (2000).